COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, Respondent, v. C. FRED MERKLE, Appellant.

Argued April 19, 1938; decided May 17, 1938.

*John C. Donovan* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Sol Cooperman* of counsel), for respondent.

Appeal dismissed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.